| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| CUMBERLAND COUNTY | 15 CVS 9386 |

MICHAEL A. SMALL, Administrator of the )
Estate of Bertha Autry Small, deceased, )
)
    Plaintiff, )
)
    vs. )
)
WELLDYNE, INC., a Florida Corporation; )    **NOTICE OF FILING**
WELLDYNERX, INC., a Florida )    **OF NOTICE OF REMOVAL**
Corporation; U.S. SPECIALTY CARE, LLC, )    **TO FEDERAL COURT**
a Florida Limited Liability Company; )
WELLDYNE HOLDING CORPORATION, )
a Delaware Corporation; EXACTUS )
PHARMACY SOLUTIONS, INC., a )
Delaware Corporation; and DOES 1 through )
5, inclusive, )
)
    Defendants. )

    Defendant Exactus Pharmacy Solutions, Inc. hereby provides notice to this Court that on February 8, 2016, Defendant filed a Notice of Removal to Federal Court regarding this civil action with the United States District Court, Eastern District of North Carolina, Western Division pursuant to 28 U.S.C. § 1332, 1441 and 1446, along with a copy of the pleadings and civil summons issued in this matter. A copy of the Notice of Removal and exhibits attached to that Notice of Removal are attached hereto as Exhibit 1.

    This the 8th day of February, 2016.

                                            **YATES, McLAMB & WEYHER, L.L.P.**

                                 By: _____
                                         Barry S. Cobb
                                         N.C. State Bar No.: 18970
                                         Suzanne R. Walker
                                         N.C. State Bar No.: 37774
                                         Attorneys for Exactus Pharmacy Solutions, Inc.
                                         Post Office Box 2889
                                         Raleigh, North Carolina 27602
                                         Telephone: (919) 835-0900
                                         Facsimile: (919) 835-0910

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the **Notice of Filing of Notice of Removal to Federal Court** was served on the following parties to this action by: ( ) hand delivery ( ) via facsimile (X) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

| | |
|---|---|
| Marshall B. Pitts, Jr., Esquire<br>Law Offices of Marshall B. Pitts, Jr., PC<br>201 S. McPherson Church Road, Suite 205<br>Fayetteville, NC 28303<br>*Attorney for Plaintiff* | Robert A. Ford<br>Brotherton Ford Berry & Weaver, PLLC<br>Post Office Box 21327<br>Greensboro, NC 27420<br>Phone: (336) 346-1116<br>Fax: (336) 346-1117<br>ford@brothertonford.com<br>*Attorney for WellDyne, Inc.; WellDyneRx, Inc.; U.S. Specialty Care, LLC; and WellDyne Holding Corporation* |

This the 8th day of February, 2016.

YATES, McLAMB & WEYHER, L.L.P.

By: _____
Barry S. Cobb
N.C. State Bar No.: 18970
Suzanne R. Walker
N.C. State Bar No.: 37774
Attorneys for Exactus Pharmacy Solutions, Inc.
Post Office Box 2889
Raleigh, North Carolina 27602
Telephone: (919) 835-0900
Facsimile: (919) 835-0910